No. 80–5628.  CROWHURST *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 80–5630.  ACEVEDO *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 80–5642.  RADA-SOLANO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–5649.  ANDERSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 80–5655.  McCRAY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–1385.  DUVAL COUNTY RANCH Co., INC., ET AL. *v.* SPARKS ET AL., DBA SIDNEY A. SPARKS, TRUSTEE.  C. A. 5th Cir.  Certiorari denied.  JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 80–311.  ARTHUR ANDERSEN & Co. *v.* UNITED STATES ET AL.  C. A. 1st Cir.  Certiorari denied.  JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 80–346.  VIRGINIA ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 80–378.  CHRYSLER CORP. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 79–2032.  STARLING *v.* BEARD ET AL.  C. A. 5th Cir. Certiorari denied.  JUSTICE STEWART would grant certiorari.